UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES HOFFMAN,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:25-cv-00577-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to Extend Time for Service of Process under Fed. R. Civ. P 4(m). ECF No. 18. The Motion seeks to extend the time to effect service (already stated to be accomplished, but outside the 90 day window set by federal rule) on Defendant Wellpath, LLC. The Certificate of Service on Plaintiff's Motion reflects service supposedly occurred through the Court's electronic filing system. Unfortunately, Plaintiff appears to believe he served Wellpath with his Motion through the Court's CM/ECF system despite the fact that Wellpath has not appeared in this case and, therefore, will not receive electronic service of the Motion. In sum, the Motion impacting Wellpath was not served on Wellpath.

Accordingly, Plaintiff **must** serve the Motion to Extend Time on Wellpath, LLC by providing a copy of the instant Motion to Wellpath's registered agent or other individual or entity legally recognized as having authority to accept service.

IT IS FURTHER ORDERED that Plaintiff **must** file a Notice with the Court demonstrating effective service of the Motion on Wellpath and the date of the same.

IT IS FURTHER ORDERED that the due date for any opposition to the Motion to Extend Time for Service is extended to twenty-one (21) days after effective service is confirmed with the Court.

Dated this 26th day of September, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE