Paul A. Cardinale, SBN 8394
Melanie B. Chapman SBN 6223
MEDICAL DEFENSE LAW GROUP
3800 Watt Ave., Suite 245
Sacramento, CA 95821
Paul.Cardinale@med-defenselaw.com
Melanie.Chapman@med-defenselaw.com

**Southern Nevada Office:**
2460 Professional Court, Suite 110
Las Vegas, NV 89128
Tel: (702) 342-1914

Attorneys for Defendant WELLPATH, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HOFFMAN,<br><br>      Plaintiff,<br><br>vs.<br><br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; WELLPATH LLC, a Tennessee limited liability company; DOES I through XX, inclusive; DOE OFFICERS I through XX, inclusive,; DOE DOCTORS I through XX, inclusive; DOE NURSES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive;<br><br>      Defendants. | CASE NO.: 2:25-cv-00577-RFB-EJY<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANT WELLPATH, LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:    March 28, 2025<br>1st Am. Comp. Filed:  May 20, 2025 |

Plaintiff, CHARLES HOFFMAN, through his attorney, Craig A. Mueller, and Defendant, WELLPATH, LLC, through their attorney, Melanie B. Chapman of the Medical Defense Law Group, hereby submit their joint Stipulation and Order for Defendant WELLPATH, LLC to respond to the First Amended Complaint in this matter, for the reasons set forth below.

**I.   BACKGROUND**

On 3/28/25, the Plaintiff filed his Complaint.

On 5/20/25, the Plaintiff filed his First Amended Complaint.

On 9/4/25, Summons was issued by the Court for Defendant WELLPATH, LLC.

On 9/9/25 the Summons was served upon the Defendant at its registered agent's office. The Defendant's current responsive pleading deadline is 9/30/25.

On 9/29/25, Plaintiff's counsel received an email from Melanie B. Chapman, Esq., informing him of her firm's representation and requesting an extension of time, until 10/21/25, to file a responsive pleading in this matter.

ACCORDINGLY, counsel for the parties hereby stipulate that Defendant WELLPATH, LLC shall have until 10/21/25 to file a responsive pleading.

| DATED this 30th day of September 2025. | DATED this 30th day of September 2025. |
|---|---|
| By: /s/Craig A. Mueller<br>Craig A. Mueller, Esq.<br>Mueller and Associates, Inc.<br>Attorneys for Plaintiff | By: /s/ Melanie B. Chapman<br>Melanie B. Chapman, Esq.<br>Medical Defense Law Group<br>Attorneys for Defendant WELLPATH, LLC |

**ORDER**

IT IS SO ORDERED that Defendant WELLPATH, LLC shall have until 10/21/25 to respond to Plaintiff's First Amended Complaint.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 1, 2025