CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
**MUELLER & ASSOCIATES, INC.**
808 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 382-1200
Facsimile: (702) 637-7170
Email: electronicservice@craigmuellerlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HOFFMAN,<br><br>　　　　Plaintiff,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; WELLPATH LLC, a Tennessee limited liability company; DOES I through XX, inclusive; DOE OFFICERS I through XX, inclusive,; DOE DOCTORS I through XX, inclusive; DOE NURSES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive;<br><br>　　　　Defendants. | Case No.: 2:25-cv-00577-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT, WELLPATH, LLC'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Pursuant to Fed. R. Civ. P. ("FRCP") 6(b)(1) and local rules IA 6-1, IA 6-2, and 26-3, Plaintiff, CHARLES HOFFMAN by and through his attorneys of record, MUELLER & ASSOCIATES, INC., and Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their attorney, ROBERT W. FREEMAN, ESQ. of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Defendant, WELLPATH, LLC, by and through their attorney, MELANIE B. CHAPMAN, ESQ. of MEDICAL DEFENSE LAW GROUP hereby stipulate and request that this Court extend the deadlines regarding Defendant WELLPATH, LLC's Motion to Dismiss (ECF No. 25) ("Motion") filed October 16, 2025. There is no hearing date.

The current deadline to file a Response to the Motion is October 30, 2025. On October 23, 2025, counsel for Plaintiff emailed a request to counsel for WELLPATH, LLC inquiring whether

counsel would agree to a two (2) week extension for Plaintiff to file his Response and also extend the date by ten (10) days when Defendants may file their Reply in Support of Motion. Defendant agreed to these extensions.

Good cause exists to grant the requested extension as communicating with the client, who is presently incarcerated, has been done primarily by mail. Additional time is needed for counsel to communicate with Plaintiff regarding the pending motion.

The parties' respective counsel has agreed on the proposed extensions to make the new deadline for Plaintiff's Response due on or before November 13, 2025, and the Defendant's Reply in Support extended an additional ten (10) days, to on or around November 24, 2025.

This is the first stipulation for extension of time to file a Response to the Motion and a Reply in Support of said Motion.

**IT IS SO STIPULATED.**

DATED this 24th day of October, 2025.         DATED this 24th day of October, 2025.

**MUELLER & ASSOCIATES, INC.**               **LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Craig A. Mueller                          /s/ E. Matthew Freeman, Esq.

CRAIG A. MUELLER, ESQ.                        E. MATTHEW FREEMAN, ESQ.
Nevada Bar No. 4703                           Nevada Bar No. 14198
808 S. 7th Street                             6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89101                       Las Vegas, Nevada 89118
*Attorney for Plaintiff*                      *Attorney for Defendants*

DATED this 24th day of Octber, 2025.

**MEDICAL DEFENSE LAW GROUP**

/s/ Melanie B. Chapman, Esq.

MELANIE B. CHAPMAN, ESQ.
SBN: 6223
2460 Professional Court, Suite 110
Las Vegas, NV 89128
*Attorneys for Defendant WELLPATH, LLC*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Responsive deadlines shall be as follows:

Plaintiff's Opposition Deadline:      November 13, 2025

Defendants' Reply Deadline:          November 24, 2025

**DATED:** October 30, 2025.

_____

**RICHARD F. BOULWARE, II**

**UNITED STATES DISTRICT JUDGE**